An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROCHALONN M. CHAPMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64605

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

In her motion filed on October 11, 2013, appellant claimed that her deadly weapon enhancement should have been imposed in accordance with the 2007 amendments to NRS 193.165. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding her criminal record that worked to her extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant failed to demonstrate that her sentence was facially illegal[2] or that the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]Appellant was not entitled to the application of the 2007 amendments to NRS 193.165, because she committed the offense at issue in 2006, before the amendments became effective. *See State v. Second Judicial Dist. Court (Pullin)*, 124 Nev. 564, 567, 188 P.3d 1079, 1081 (2008).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23804

district court lacked jurisdiction. *See id.* Therefore, we conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[3]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:     Hon. Stefany Miley, District Judge
        Rochalonn M. Chapman
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[3]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.